| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** <br><br> DENISE CARLON, ESQUIRE <br> KML LAW GROUP, P.C. <br> Sentry Office Plz <br> 216 Haddon Ave. <br> Suite 406 <br> Westmont, NJ 08018 <br> dcarlon@kmllawgroup.com <br> Attorneys for Secured Creditor <br> Bank of New York Mellon, et al. | **Order Filed on December 11, 2017 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey** |
| In Re: <br><br> Stephen Kosciolek, <br><br> Debtor. | Case No.:  17-26416-KCF <br> Adv. No.: <br> Hearing Date: 12/13/2017 <br><br> Judge:  Kathryn C. Ferguson |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: December 11, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtors:           Stephen Kosciolek
Case No.:          17-26416-KCF
Caption:           **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO**
                   **DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Certificateholders of CWABS, Inc. Asset-Backed Certificates Series 2006-25, holder of a mortgage on real property located at 88 Heller Hill Road, Blairstown, NJ 07825, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Joan Sirkis Warren, Esquire, attorney for Debtor, Stephen Kosciolek, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall make post-petition payments directly to Secured Creditor outside of the plan in accordance with the terms of the trial loan modification; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that in the event a final loan modification is unsuccessful, Debtor is responsible for the difference between the trial modification payment and the regular payment for the months this loan was in the trial modification; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that in the event a final loan modification is unsuccessful, Debtor will file a modified plan to address the pre- and post-petition arrears to Secured Creditor; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is not to disburse on pre-petition arrears while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights the pre-petition arrears in the event a modification is unsuccessful; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-26416-KCF
Stephen J Kosciolek                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 11, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
db             +Stephen J Kosciolek,     88 Heller Hill Road,    Blairstown, NJ 07825-2318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon Et Al...
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Joan Sirkis Warren    on behalf of Debtor Stephen J Kosciolek joan@joanlaverylaw.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4